IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| ALICE ADAMS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 4:02CV54-PB |
| CITIFINANCIAL INC., et al., | ) ) ) |
| Defendant. | ) |

## ORDER

Currently before the Court is a Joint Stipulation of Dismissal With Prejudice as to the Claims of Certain Plaintiffs who have failed to respond to Defendant's Written Discovery; have failed to provide Defendant with a questionnaire prepared by Plaintiffs' counsel; and since obtaining the loan(s) in question with Defendant, have not filed a Petition for Relief under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* The Court finds the stipulation to be well-taken and hereby **ORDERS** that the claims of the following Plaintiffs are hereby **DISMISSED** with **PREJUDICE**:

| | | |
|---|---|---|
| Booker Scott | xxx-xx-0290 | PL08475 |
| Minnie Winters | xxx-xx-3310 | PL10499 |

SO ORDERED this the 18th day of April, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

*s/ Heath A. Fite*
SUBMITTED BY: