IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALICE ADAMS, et al., )
)
        **Plaintiffs,** )
)
v. ) CIVIL ACTION NO. 4:02CV54-PB
)
CITIFINANCIAL, INC., )
)
        **Defendant.** )

## ORDER

Currently before the Court is a Joint Stipulation of Compelling Arbitration and Dismissal of Plaintiffs, without prejudice, on the basis that they entered into binding arbitration agreements in connection with their loan agreements. The dismissal of these plaintiffs has no affect on the claims of the remaining plaintiffs. The Court finds the stipulation to be well-taken and the Plaintiffs listed below are **ORDERED** to submit to binding arbitration any and all disputes with Defendant, and any employees, representatives, agents or affiliates of any of named defendant, in accordance with the provisions of the arbitration agreements of Defendant and/or its affiliates and are hereby **DISMISSED WITHOUT PREJUDICE**:

| | |
|---|---|
| Ruthie Berry | PL11945 |
| Renevielle Byars | PL06642 |
| Eliza Green | PL06890 |
| William Hammons | PL22625 |
| John W. Herring | PL10600 |
| Bonnie Stewart | PL06490 |
| Richard Walls | PL07693 |
| Rosie Walls | PL07536 |

SO ORDERED this the 18th day of April, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

*s/ Heath A. Fite*
SUBMITTED BY: