IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| ALICE ADAMS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No.: 4:02CV54-PB |
| v. | ) |
| | ) |
| CITIFINANCIAL, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Currently before the Court is a Joint Stipulation of Dismissal Compelling Arbitration and Dismissal of Plaintiff, without prejudice, on the basis that she entered into a binding arbitration agreement in connection with her loan agreement. The dismissal of this plaintiff has no affect on the claims of the remaining plaintiffs. The Court finds the Stipulation to be well-taken and the Plaintiff listed below is **ORDERED** to submit to binding arbitration any and all disputes with Defendant, and any employees, representatives, agents or affiliates of any of names defendant, in accordance with the provisions of the arbitration agreement of Defendant and/or its affiliates and is hereby **DISMISSED WITHOUT PREJUDICE**:

| Name | Social Security No. | Unique ID |
|---|---|---|
| Sylvia White | xxx-xx-9065 | PL14494 |

SO ORDERED this the 16th day of August, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

*s/ Heath A. Fite*
SUBMITTED BY: