## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

ALICE F. ADAMS, ET AL.,                                          PLAINTIFFS,

VS.                                          CIVIL ACTION NO. 4:02CV00054-P-B

CITIFINANCIAL, INC., ET AL.,                                          DEFENDANTS.

### ORDER

This matter comes before the court upon Defendant's Motion for Summary Judgment as to Certain Plaintiffs [109-1]. Because said motion is duplicative of Defendant's Motion for Summary Judgment [107-1], [109-1] should be denied as moot.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment as to Certain Plaintiffs [109-1] is **DENIED AS MOOT**.

**SO ORDERED** this the 7th day of September, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE