**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ALICE F. ADAMS, ET AL.,** **PLAINTIFFS,**

**VS.** **CIVIL ACTION NO. 4:02CV00054-P-B**

**CITIFINANCIAL, INC., ET AL.,** **DEFENDANTS.**

**ORDER**

This matter comes before the court upon Defendant's Motion for Summary Judgment as to Certain Plaintiffs – *i.e.*, Arthur L. Evans, Lillie Wilson, and Alvin Webb [107-1]. Upon due consideration of the motion and the responses filed thereto, the court finds as follows, to-wit:

For the same reasons discussed in this court's July 21, 2005 Memorandum Opinion granting summary judgment based on the statute of limitations in *Anderson, et al. v. First Family Financial Services, Inc., et al.*, Civil Action Number 4:02cv55-P-B, attached to the defendant's reply as Exhibit A, the court concludes that the instant motion should be granted. The factual and legal circumstances amongst this case and *Anderson* are virtually identical.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Summary Judgment as to Certain Plaintiffs – *i.e.*, Arthur L. Evans, Lillie Wilson, and Alvin Webb [107-1] is hereby **GRANTED**; therefore,

(2) All of the claims of Arthur L. Evans, Lillie Wilson, and Alvin Webb are **DISMISSED WITH PREJUDICE** as barred by Mississippi Code Annotated § 15-1-49(1)'s three-year statute of limitations period.

**SO ORDERED** this the 8th day of September, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE