**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ALICE F. ADAMS, ET AL.,**                                                   **PLAINTIFFS,**

**VS.**                                      **CIVIL ACTION NO. 4:02CV00054-P-B**

**CITIFINANCIAL, INC.,**                                               **DEFENDANTS**.

**FINAL JUDGMENT**

In accordance with a Memorandum Opinion issued this day, it is the **FINAL JUDGMENT** of this court that:

(1) The defendant's motion for summary judgment with regard to the remaining plaintiffs in this action Deloris Perkins, Carl D. Shelley, and James Starks [164-1] is hereby **GRANTED**; accordingly,

(2) All of the claims of the remaining plaintiffs are **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 21st day of November, A.D., 2005.

                                                                           /s/ W. Allen Pepper, Jr.
                                                                           W. ALLEN PEPPER, JR.
                                                                           UNITED STATES DISTRICT JUDGE